The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:16-MC-05013-BHS |
| Plaintiff, | (3:11-CR-05305-BHS-3) |
| v. | **Order Terminating Garnishment Proceeding** |
| BRYAN SOTOMISH aka Bryan Adam Sotomish, | |
| Defendant/Judgment Debtor, | |
| and | |
| GUNDERSON, LLC, | |
| Garnishee. | |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Garnishee, Gunderson, LLC, is relieved of further responsibility pursuant to this garnishment.

[PROPOSED] ORDER TERMINATING GARNISHMENT
PROCEEDING (*USA v. Bryan Sotomish and Gunderson, LLC,*
USDC#: 3:16-MC-05013-BHS/3:11-CR-05305-BHS-3) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

1  DATED this 25 day of August, 2016.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

[PROPOSED] ORDER TERMINATING GARNISHMENT
PROCEEDING (*USA v. Bryan Sotomish and Gunderson, LLC*,
USDC#: 3:16-MC-05013-BHS/3:11-CR-05305-BHS-3) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970